United States District Court
Southern District of Texas
**ENTERED**
December 23, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROSY FERNANDES,<br>A # 245-498-761<br><br>　　　Petitioner,<br><br>VS.<br><br>WARDEN RANDALL TATE, *et al.*<br><br>　　　Respondents. | §<br>§<br>§<br>§<br>§<br>§   CIVIL ACTION NO. 4:25-5598<br>§<br>§<br>§<br>§ |

## ORDER REGARDING HABEAS RELIEF

Having heard the parties' updates and positions regarding specific habeas remedies at a hearing on December 22, 2025, the Court now **ORDERS** that the respondents must provide the petitioner with a bond hearing under 8 U.S.C. § 1226(a), with all attendant burdens of proof, within seven days of the date of this order. In the alternative, if the respondents do not provide the petitioner with a bond hearing within seven days, the respondents are ordered to release the petitioner from custody by the end of the seventh day.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on _____December 22_____, 2025.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　GEORGE C. HANKS, JR.
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE