Case 4:25-cv-05598   Document 17   Filed 12/22/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 23, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROSY FERNANDES,<br>A # 245-498-761<br><br>  Petitioner,<br><br>VS.<br><br>WARDEN RANDALL TATE, *et al.*<br><br>  Respondents. | §<br>§<br>§<br>§<br>§<br>§  CIVIL ACTION NO. 4:25-5598<br>§<br>§<br>§<br>§<br>§ |

## FINAL JUDGMENT

For the reasons stated in the memorandum opinion and order entered on December 17, 2025 and the order entered this day, the petition for a writ of habeas corpus filed by Rosy Fernandes is **GRANTED.** This judgment does not preclude the parties from seeking post-judgment relief from the Court as appropriate.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on ____December 22____, 2025.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE